# CIVIL CAUSE FOR PRE MOTION CONFERENCE

**BEFORE:**   Honorable Leonard D. Wexler
**DATE:**     February 11, 2016
**TIME:**     11:40 to 11:45 (5 Mins.)

**DOCKET:**   15-CV-6828 (LDW)(SIL)
**TITLE:**    Cohen v. Ditech Finanical, LLC, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Jules A. Epstein, Esq.**
    Of counsel to Shimshon Wexler, Esq.

- Defendant(s) represented by:
  - **Andrew C. Morganstern, Esq.**
  - **Justin Angelo, Esq.**

- Courtroom Deputy:   Eric L. Russo

---------------------------------------------------------------

✓   In camera conference held.

✓   Defendants are permitted to move to dismiss the complaint pursuant to the following briefing schedule: initial papers shall be served by **March 11, 2016**; opposition papers shall be served by **April 11, 2016**; reply papers shall be served by **April 20, 2016**. In accordance with the Court's rules, all papers shall be filed on the reply date of **April 20, 2016**, with courtesy copies provided to Chambers by the movant.

✓   Parties directed to appear before Magistrate Judge Steven I. Locke to discuss and set a discovery schedule.

✓   Proceedings concluded.