# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - -
919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

May 11, 2016

***VIA ECF***

Honorable Leonard D. Wexler
Senior United States District Court Judge
United States Courthouse
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

     **Re:**   *Aaron Cohen v. Ditech Financial LLC, et al.*
          Case No.:  2:15-CV-6828 (Eastern District of New York)

Dear Judge Wexler:

Pursuant to your Individual Practices, kindly accept this letter as Ditech Financial LLC's ("Ditech") request for a three day enlargement of time until **May 23, 2016** to file its reply in support of its motion to dismiss, as well as file all papers related to the motion to dismiss. The motion to dismiss papers are currently due by May 18, 2016. [ECF No. 18].

The reason for the extension is as follows. On May 9, 2016 and in accordance with the Court's prior scheduling order, Plaintiff Aaron Cohen served his opposition memorandum (the "Response") to Ditech and Rosicki, Rosicki and Associates, P.C.'s motion to dismiss. However, the undersigned was out of the office on May 9 and May 10 to attend the funeral services of a family member, and thus, has not yet reviewed the Response.  Furthermore, to keep the briefing schedule consistent, Rosicki would also serve its reply on May 23, 2016.

Further, the undersigned counsel has conferred with Plaintiff, who has no objection to the proposed extension.

Respectfully submitted,

*/s/ Justin Angelo    .*
Justin Angelo, Esq.

cc:    Shimshon Wexler, Esq.
       Carol Lastorino, Esq.