| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| | |
|---|---|
| BEFORE: STEVEN I. LOCKE | DATE: 5/16/16 |
|       U.S. MAGISTRATE JUDGE | TIME:   2:00 pm |

CASE:  **CV 15-6828 (LDW) Cohen v. Ditech Financial, LLC et al**

TYPE OF CONFERENCE:    STATUS          FTR: 2:10-2:12

APPEARANCES:
       For Plaintiff:   Gus Michael Farinella

       For Defendant: Carol Lastorino (Rosicki)
                             Justin Angelo (Ditech)

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒     Other: Status conference held.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    10/31/16 at 2:00 pm          : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                                          SO ORDERED

                                           /s/Steven I. Locke
                                          STEVEN I. LOCKE
                                          United States Magistrate Judge