UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON COHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>DITECH FINANCIAL LLC, ROSICKI, ROSICKI & ASSOCIATES PC<br><br>Defendants. | No. 2:15-cv-6828<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Justin Angelo and all prior proceedings herein, Defendant Ditech Financial LLC f/k/a Green Tree Servicing LLC, by its undersigned counsel, shall move before the United States District Court for the Eastern District of New York, the Honorable Leonard Wexler presiding, at the United States Courthouse located at 944 Federal Plaza, Central Islip, NY 11722 for an Order granting its motion to dismiss Plaintiff's, Aaron Cohen, Class Action Complaint [ECF No. 1] with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6).

Pursuant to the Order of this Court, Plaintiff shall serve his response papers no later than **May 9, 2016**. Reply memorandums shall be served and all motion papers filed by **May 18, 2016**.

By: s/Justin Angelo
    Justin Angelo
    Ballard Spahr LLP
    919 Third Avenue
    New York, NY 10022-3556
    Telephone: 646.346.8012
    angeloj@ballardspahr.com
    *Attorneys for Ditech Financial LLC*

1

Of counsel:
Martin C. Bryce, Jr.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8238
bryce@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8<u>th</u> day of April, 2016 a true and correct copy of the foregoing **NOTICE OF MOTION, MEMORANDUM OF LAW and DECLARATION OF JUSTIN ANGELO** was served by email on the following attorneys of record:

Shimshon Wexler, Esq.
315 West Ponce de Leon Avenue, Suite 250
Decatur, GA 30030
swexler@gmail.com

Carol Lastorino, Esq.
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556-0926
Carol.Lastorino@rivkin.com

       /s/ Justin Angelo                          .
       Justin Angelo