

WWW.RIVKINRADLER.COM

**CAROL A. LASTORINO**
PARTNER
(516) 357-3101
carol.lastorino@rivkin.com

February 22, 2017

**VIA ECF**

Magistrate Judge Steven I. Locke
United States Courthouse – E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

Re:   *Cohen v. Ditech Financial LLC and Rosicki, Rosicki & Associates, P.C.*
      Case No. 15-cv-6828(LDW)(SIL)   –   RR File No. 006040-00014

Dear Magistrate Judge Locke:

This firm represents defendant, Rosicki, Rosicki & Associates, P.C., in the above-referenced action. I submit this letter pursuant to Section 2 of Your Honor's Individual Rules to request an adjournment of the pretrial conference scheduled for March 1, 2017 at 10:30 a.m. I will be out of the State the week of February 27th for a vacation and request a brief adjournment to the following week, except March 8, 2017, as I have a conflict that day. Counsel for plaintiff and defendant, Ditech Financial LLC, consent to the adjournment. The pretrial conference has been adjourned two other times by the Court as a result of the extension of the summary judgment motion deadline. This request is made in good faith and not for the purposes of delay.

Thank you for your attention to this matter.

Respectfully yours,

RIVKIN RADLER LLP

Carol A. Lastorino

CAL/bd
cc:  All Counsel (*via ECF*)

3619717 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495