UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
AARON COHEN, on behalf of himself
and all others similarly situated,

      Plaintiff,                            **CASE NO. 2:15-cv-06828-LDW-SIL**

v.

DITECH FINANCIAL LLC;
ROSICKI, ROSICKI & ASSOCIATES, PC

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Aaron Cohen ("Plaintiff"), on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the District Court's Judgment, entered in this action on March 27, 2017 [Doc. 55], which granted Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, as well as, and including, the District Court's Opinion and Order entered on March 24, 2017 [Doc. 54], which set forth the District Court's reasoning for granting the dismissal. This appeal is taken from the entirety of the Memorandum Decision and Order and Judgment and each and every aspect thereof and all prior orders affecting the judgment.

Dated:  April 4, 2017

                                      By:  /s/ Shimshon Wexler
                                             Shimshon Wexler
                                             The Law Offices of Shimshon Wexler, PC
                                             216 West 104th St., #129
                                             New York, NY 10025
                                             (212)760-2400
                                             (917)512-6132 fax
                                             swexleresq@gmail.com
                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Shimshon Wexler, am an attorney admitted to practice before this court, and I certify that on April 4, 2017, I electronically filed with the United States District Court for the Eastern District of New York a copy of the Notice of Appeal in this action via the CM/ECF system.

      I certify that this statement is true. I understand that if the foregoing statement is willfully false, I am subject to punishment.

Dated: April 4, 2017

                                              /s/ Shimshon Wexler