# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand and eighteen.

Before:  Robert D. Sack,
     Reena Raggi,
     Susan L. Carney,
      *Circuit Judges.*

_____

| | |
|---|---|
| Aaron Cohen, on behalf of himself and all others similarly situated, | **STATEMENT OF COSTS** |
|   Plaintiff - Appellant, | Docket No. 17-950 |
| v. | |
| Rosicki, Rosicki & Associates, P.C., Ditech Financial LLC, | |
|   Defendants - Appellees. | |

_____

  IT IS HEREBY ORDERED that costs are taxed in favor of the appellees in the following amounts:

  Rosicki, Rosicki & Associates, P.C.  $254.60.

  Ditech Financial LLC       $234.20.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/14/2018